**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-7481

UNITED STATES OF AMERICA,

　　　　　Plaintiff - Appellee,

　　v.

EDDIE MOBLEY, a/k/a Eddie Country,

　　　　　Defendant - Appellant.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Max O. Cogburn, Jr.,
District Judge.  (3:92-cr-00018-MOC-15)

Submitted:  December 13, 2012　　　　Decided:  December 18, 2012

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eddie Mobley, Appellant Pro Se.  Jennifer Lynn Dillon, Assistant
United States Attorney, Charlotte, North Carolina; Amy Elizabeth
Ray, Assistant United States Attorney, Asheville, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie Mobley appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Mobley, No. 3:92-cr-00018-MOC-15 (W.D.N.C. Aug. 16, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED